EVALD KELM, Appellant, v. JAMES RICHTER et al., Respondents. — In a negligence action to recover damages for personal injuries, plaintiff appeals from a judgment of the Supreme Court, Queens County, entered February 14, 1973, in favor of defendants, upon the trial court's dismissal of the complaint at the end of plaintiff's case at a jury trial of liability only. Judgment reversed, on the law, and new trial granted, with costs to abide the event. The appeal did not present questions of fact. In our opinion, the proof presented issues of fact and, therefore, a determination by the jury was required. Shapiro, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL COSCIA, Appellant. — Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Queens County, imposed April 11, 1972. Sentence affirmed. No opinion. The case is remitted to the Supreme Court, Queens County, for proceedings to direct defendant to surrender himself to said court in order that execution of the judgment be resumed (CPL 460.50, subd. 5). Munder, Acting P. J., Latham, Gulotta, Brennan and Benjamin, JJ., concur.